CAROLE M. MESROBIAN SBN 178379
Attorney at Law
1550 The Alameda, Suite 207
San Jose, California 95126
(408) 920-0416
fax: (408) 993-0748

BERNADETTE W. CONNOLLY SBN 194633
Attorney at Law
1671 The Alameda, Suite 200
San Jose, California 95126

Attorneys for Plaintiff
Harsha REDDY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Harsha REDDY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROBERT S. MUELLER III, Director, Federal Bureau of Investigation, MICHAEL CHERTOFF Department of Homeland Security, FRANCIS D. SICILIANO, Field Office Director, U.S. Citizenship and Immigration Services, ROSEMARY MELVILLE, District Field Director U.S.Citizenship and Immigration Services<br><br>　　　　Defendants. | Case No.:<br><br>COMPLAINT FOR RELIEF IN<br>IN THE NATURE OF MANDAMUS<br><br>USCIS No.: A 36-083-731 |

Plaintiff, by and through his attorneys, complains of defendants as follows:

1.　　Plaintiff, Harsha Reddy, is a lawful permanent resident of the United States residing within the jurisdiction of this Court. Plaintiff's claim for relief arises under 8 U.S.C. §1427.

2.　　Defendant Robert S. Mueller III, is the Director of the Federal Bureau of Investigation ("FBI"), an agency of the United States Government and is sued here in his official capacity. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security ("DHS") and is sued here in his official

capacity. Defendant Francis D. Siciliano is the Field Office Director for the San Jose US Citizenship and Immigration Services ("USCIS") office and is sued here in his official capacity. Rosemary Melville is the District Field Director of San Francisco USCIS and is sued here in her official capacity. Plaintiff alleges that defendants each have a role in the adjudication of his application for naturalization.

3.     This Court has jurisdiction of the action pursuant to 28 U.S.C. §§§1331, 1361, 1651 and 5 U.S.C. §701 et. seq. Relief is requested pursuant to the aforementioned statutes and under 28 U.S.C.§2201.

4.     On or about February 27, 2006, plaintiff applied for naturalization with the USCIS California Service Center ("CSC") in Laguna Niguel, California.

5.     On or about March 14, 2006, plaintiff's FBI name check was ordered by US CIS.

6.     On or about April 15, 2006, plaintiff was fingerprinted in connection with his naturalization application in San Jose, California.

7.     On July 11, 2006, plaintiff appeared for a naturalization interview at the San Jose USCIS office. However, plaintiff's application was not adjudicated pending an FBI name check, in addition to other checks which were thereafter resolved.

8.     To date, plaintiff's FBI name check has not been completed and plaintiff's naturalization application remains pending.

9.     Defendants are taking no action on plaintiff's case despite the fact that nearly one- and -one- half years have elapsed since plaintiff was fingerprinted and over a year has passed since the date of interview.

10.    Plaintiff has exhausted his administrative remedies.

11.    Defendants' refusal to act in this case is, as a matter of law, arbitrary and not in accordance with the law.

12.    Plaintiff has been, and continues to be, greatly damaged by the failure of Defendants to act in accordance with their duties under the law.

13.    Defendants, in violation of the Administrative Procedures Act, 5 U.S.C. §701 et. seq., are unlawfully withholding and/or unreasonably delaying action on plaintiff's naturalization application and have failed to carry out the adjudicative and administrative functions delegated to them by law and regulation.

1 WHEREFORE, plaintiff prays:

2     a.    That defendants be ordered to have their agents process this case to a conclusion,

3     b.    For reasonable attorney's fees, and

4     c.    For such other and further relief as this Court may deem proper.

Dated this ____ day of July 2007.

_____
CAROLE M. MESROBIAN
Attorney for Plaintiff

_____
BERNADETTE W. CONNOLLY
Attorney for Plaintiff

Complaint for Relief in the Nature of Mandamus   -3-