# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Harsha Reddy
Petitioner-Appellant

V.

Robert S. Mueller, III, Dir., FBI

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C07 03925 JF
HRL

TO: (Name and address of defendant)

Robert S. Mueller, III, Director, FBI
c/o Jennifer A. Wilson, Chief Division Counsel in San Francisco
450 Golden Gate Ave. 13th FL
San Francisco, CA 94102

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Carole M. Mesrobian, Esq.
Bernadette W. Connolly, Esq.
1550 The Alameda, Suite 207
San Jose, CA 95126
(408) 920-0416

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

GORDANA MACIC
(BY) DEPUTY CLERK

DATE JUL 3 1 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1]       1/07 |
| Name of SERVER: Kristin Love     TITLE: Law Clerk |
| Check one box below to indicate appropriate method of service |

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified mail to:
7003 3110 0003 3022 7361

Robert S. Mueller, III
Director, FBI
c/o Jennifer A. Wilson
Chief Div. Counsel in San Francisco
450 Golden Gate Ave., 13th FL
San Francisco, CA 94102

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/1/07
Date

Signature of Server: Kristin Love

Address of Server: 1550 The Alameda, Suite 207, San Jose, CA 95126

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**U.S. Postal Service™**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Reddy, H.

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.45 |

Postmark Here

8/1/07

Sent To: Robert S. Mueller, III
Director, FBI
Street, Apt. No. or PO Box No.: c/o Jennifer A. Wilson
Chief Div. Counsel in San Francisco
City, State, ZIP+4: 450 Golden Gate Ave., 13ᵗʰ FL
San Francisco, CA 94102

PS Form 3800

7003 3110 0003 3022 7361

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert S. Mueller, III
Director, FBI
c/o Jennifer A. Wilson
Chief Div. Counsel in San Francisco
450 Golden Gate Ave., 13ᵗʰ FL
San Francisco, CA 94102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Ronald [signature]  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )  C. Date of Delivery
Ronald [signature]  8/3/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered     ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0003 3022 7361

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Harsha Reddy<br>Petitioner-Appellant<br><br>V.<br><br>Michael Chertoff, Sec. of DHS | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER:<br><br>C07 03925 JF<br><br>HRL |

TO: (Name and address of defendant)

Michael Chertoff, Secretary, DHS
Office of the General Counsel
U.S. DHS
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Carole M. Mesrobian, Esq.
Bernadette W. Connolly, Esq.
1550 The Alameda, Suite 207
San Jose, CA 95126
(408) 920-0416

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE JUL 31 2007

GORDANA MACIC
(BY) DEPUTY CLERK



AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and Complaint was made by me [1] || DATE 8/1/07 |
| Name of SERVER Kristin Love || TITLE Law Clerk |
| Check one box below to indicate appropriate method of service |||

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified mail to:
7003 3110 0003 3022 7354

Michael Chertoff
Secretary, DHS
Office of the General Counsel
US DHS
Washington, DC 20528

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/1/07
              Date

Signature of Server: Kristin Love

Address of Server: 1550 The Alameda, Ste. 207, San Jose, CA 95126

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

 **UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7003 3110 0003 3022 7354**
Status: **Delivered**

Your item was delivered at 7:36 AM on August 7, 2007 in WASHINGTON, DC 20528.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

 POSTAL INSPECTORS  site map  contact us  government services  jobs  **National & Premier Accounts**
Preserving the Trust  Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy 



Michael Chertoff
Secretary, DHS
Office of the General Counsel
US DHS
Washington, DC 20528

# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

Harsha Reddy  
Petitioner-Appellant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

v.

C07 03925 JF

Francis D. Siciliano, Field Officer Dir., USCIS

HRL

TO: (Name and address of defendant)

Francis D. Siciliano  
San Jose Field Office Director, USCIS  
20 Mass Ace. NW  
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Carole M. Mesrobian, Esq.  
Bernadette W. Connolly, Esq.  
1550 The Alameda, Suite 207  
San Jose, CA 95126  
(408) 920-0416

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Richard W. Wieking_  
CLERK

_Gordana Macic_  
(BY) DEPUTY CLERK

DATE JUL 3 1 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and Complaint was made by me [1] || DATE 8/1/07 |
| Name of SERVER Kristin Love || TITLE Law Clerk |

*Check one box below to indicate appropriate method of service*

☐  Served Personally upon the Defendant. Place where served:

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☒  Other *(specify):* Certified mail to: 7003 3110 0003 3022 7347

Francis D. Siciliano
Field Officer Director, USCIS
Office of the General Counsel
20 Mass Ave. NW
Washington, DC 20001

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/1/07
Date

Signature of Server: Kristin Love

Address of Server: 1550 The Alameda, Ste. 207, San Jose, CA 95126

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



UNITED STATES POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7003 3110 0003 3022 7347**
Status: **Delivered**

Your item was delivered at 7:46 AM on August 7, 2007 in WASHINGTON, DC 20529.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Francis D. Siciliano<br>Field Officer Director, USCIS<br>Office of the General Counsel<br>20 Mass Ave. NW<br>Washington, DC 20001 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 3110 0003 3022 7347 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT

For delivery information visit our website at www.usps.com®

Reddy

Postage
Certified Fee
Return Reciept Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $ 6.45

Postmark Here
8/1/07

Sent To: Francis D. Siciliano
Field Officer Director, USCIS
Street, Apt. No.; or PO Box No. Office of the General Counsel
City, State, ZIP+4 20 Mass Ave. NW
Washington, DC 20001

PS Form 3800, Ju

7003 3110 0003 3022 7347

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Harsha Reddy
Petitioner-Appellant

V.

Rosemary Melville, District Field Dir.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

C07 03925 JF

HRL

TO: (Name and address of defendant)

Rosemary Melville
District Field Director
USCIS San Francisco
20 Mass Ave. NW
Washington, DC 20536

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Carole M. Mesrobian, Esq.
Bernadette W. Connolly, Esq.
1550 The Alameda, Suite 207
San Jose, CA 95126
(408) 920-0416

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Richard W. Wieking*
Richard W. Wieking
CLERK

DATE JUL 3 1 2007

*Gordana Macic*
GORDANA MACIC
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 8/1/07 |
| Name of SERVER: Kristin Love | TITLE Law Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified mail to:
7003 3110 0003 3022 7330

Rosemary Melville
District Field Director
USCIS San Francisco
20 Mass Ave. NW
Washington, DC 20536

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/1/07
Date

Signature of Server: *Kristin Love*

Address of Server: 1550 The Alameda, Ste. 207
San Jose, CA 95126

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

 **UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7003 3110 0003 3022 7330**
Status: **Delivered**

Your item was delivered at 7:25 AM on August 7, 2007 in WASHINGTON, DC 20536.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

**POSTAL INSPECTORS**  site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

Reddy, H.

Postage  $
Certified Fee
Return Reciept Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees   $ 6.45    Postmark Here  8/1/07

Sent To   Rosemary Melville
          District Field Director
Street, Apt. No.; USCIS San Francisco
or PO Box No.
City, State, ZIP+4  20 Mass Ave. NW
                   Washington, DC 20536
PS Form 3800, Ju

7003 3110 0003 3022 7330