1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169

7  Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HARSHA REDDY, | ) |
| Plaintiff, | ) No. C 07-3925 JF |
| v. | ) **ANSWER** |
| ROBERT S. MULLER, III, Director, Federal Bureau of Investigation; MICHAEL CHERTOFF, Department of Homeland Security; FRANCIS D. SICILIANO, Field Office Director, U.S. Citizenship and Immigration Services; ROSEMARY MELVILLE, District Field Director, U.S. Citizenship and Immigration Services, | ) |
| Defendants. | ) |

The Defendants hereby submit their answer to Plaintiff's Complaint for Relief in the Nature of Mandamus.

1. Defendants admit the allegations in Paragraph One.

2. Defendants admit the allegations in Paragraph Two.

3. Paragraph Three consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required.

4. Defendants admit the allegations in Paragraph Four.

5. Defendants admit the allegations in Paragraph Five.

ANSWER
C07-3925 JF                                    1

1    6.  Defendants admit the allegations in Paragraph Six.

2    7.  Defendants admit that Plaintiff was interviewed on July 11, 2006; however, Defendants
3 deny that other check were "resolved."

4    8.  Defendants admit the allegations in Paragraph Eight.

5    9.  Defendants admit the allegations in Paragraph Nine.

6    10.  Defendants deny the allegations in Paragraph Ten.

7    11.  Defendants deny the allegations in Paragraph Eleven.

8    12.  Defendants are without sufficient information to admit or deny the allegations in
9 Paragraph Twelve.

10   13.  Defendants deny the allegations in Paragraph Thirteen.

11   The remaining paragraph consists of Plaintiff's prayer for relief, to which no admission or
12 denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny
13 these paragraphs.

**FIRST AFFIRMATIVE DEFENSE**

The Court lacks jurisdiction over the subject matter of this action.

**SECOND AFFIRMATIVE DEFENSE**

The Complaint fails to state a claim against the Defendants upon which relief can be granted.

**THIRD AFFIRMATIVE DEFENSE**

No acts or omissions by the United States or its employees were the proximate cause of any injury or damages to the Plaintiff.

**FOURTH AFFIRMATIVE DEFENSE**

At all times alleged in the Complaint, Defendants were acting with good faith, with justification, and pursuant to authority.

**FIFTH AFFIRMATIVE DEFENSE**

The Defendants are processing the application referred to in the Complaint to the extent possible at this time. Accordingly, no relief as prayed for is warranted.

///

ANSWER
C07-3925 JF                                    2

1  WHEREFORE, defendants pray for relief as follows:

2  That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's

3 Complaint with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief

4 as it deems just and proper under the circumstances.

5 Dated: October 2, 2007                    Respectfully submitted,

6                                            SCOTT N. SCHOOLS
                                             United States Attorney
7

8                                                    /s/
                                             _____
                                             ILA C. DEISS
9                                            Assistant United States Attorney
                                             Attorneys for Defendants

ANSWER
C07-3925 JF                          3