```
1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HARSHA REDDY,<br><br>           Plaintiff,<br><br>         v.<br><br>ROBERT S. MULLER, III, Director,<br>Federal Bureau of Investigation;<br>MICHAEL CHERTOFF, Department of<br>Homeland Security;<br>FRANCIS D. SICILIANO, Field Office Director,<br>U.S. Citizenship and Immigration Services;<br>ROSEMARY MELVILLE, District Field<br>Director, U.S. Citizenship and Immigration<br>Services,<br><br>           Defendants. | No. C 07-3925 JF<br><br>**PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS** |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this action is limited to plaintiff's request that this Court compel defendants to adjudicate the application for naturalization. Defendants have already requested the FBI expedite the name check

Parties' Joint Request to be Exempt from ADR
C07-3925 JF                                                      1

so that the application may be processed as soon as possible.  Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.

Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: October 15, 2007                           Respectfully submitted,

                                                  SCOTT N. SCHOOLS
                                                  United States Attorney

                                                  _____/s/_____
                                                  ILA C. DEISS
                                                  Assistant United States Attorney
                                                  Attorneys for Defendants


Dated: October 12, 2007                           _____/s/_____
                                                  CAROLE M. MESROBIAN
                                                  BERNADETTE W. CONNOLLY
                                                  Attorneys for Plaintiff

## ORDER

Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process.

**SO ORDERED.**

Dated: _____
                                                  JEREMY FOGEL
                                                  United States District Judge

Parties' Joint Request to be Exempt from ADR
C07-3925 JF                                       2