**E-filed 10/30/07**

1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7124
     FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN JOSE DIVISION
11

12 HARSHA REDDY,                              )
                                              ) No. C 07-3925 JF
              Plaintiff,                      )
13                                            )
              v.                              ) **STIPULATION TO EXTEND DATES;**
14                                            ) **and [PROPOSED] ORDER**
   ROBERT S. MULLER, III, Director,           )
15 Federal Bureau of Investigation;           )
   MICHAEL CHERTOFF, Department of            )
16 Homeland Security;                         )
   FRANCIS D. SICILIANO, Field Office Director,)
17 U.S. Citizenship and Immigration Services; )
   ROSEMARY MELVILLE, District Field          )
18 Director, U.S. Citizenship and Immigration )
   Services,                                  )
19                                            )
              Defendants.                     )
20 _____  )

21    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

22 of record, hereby stipulate, subject to the approval of the Court, to the following:

23    1. Plaintiff filed this action on or about July 31, 2007. The Defendants filed their response on

24 October 3, 2007.

25    2. Pursuant to this Court's July 31, 2007 Order Setting Initial Case Management Conference,

26 the parties are required to file a joint case management statement on October 26, 2007, and attend

27 a case management conference on November 2, 2007.

28    3. The Defendants requested the USCIS to expedite Plaintiff's name check.

Stipulation to Extend Dates
C07-3925 JF                                    1

4. In order to allow sufficient time for the FBI to complete the name check, and for USCIS to receive the completed name check result for the Plaintiff, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day to file/serve Joint Case Management Statement:    November 30, 2007

Case Management Conference:    December 7, 2007 at 10:30 a.m.

Dated: October 25, 2007    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Dated: October 25, 2007    _____/s/_____
CAROLE M. MESROBIAN
BERNADETTE W. CONNOLLY
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  10/30/07    _____
JEREMY FOGEL
United States District Judge

Stipulation to Extend Dates
C07-3925 JF    2