SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HARSHA REDDY, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT S. MULLER, III, Director, Federal Bureau of Investigation; MICHAEL CHERTOFF, Department of Homeland Security; FRANCIS D. SICILIANO, Field Office Director, U.S. Citizenship and Immigration Services; ROSEMARY MELVILLE, District Field Director, U.S. Citizenship and Immigration Services, <br><br> Defendants. | No. C 07-3925 JF <br><br> **SECOND STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. The Plaintiff filed an application for naturalization with the United States Citizenship and Immigration (USCIS) on February 27, 2006.

2. The Defendants requested the USCIS to expedite Plaintiff's name check.

3. The FBI has not yet completed Plaintiff's name check.

4. In order to allow sufficient time for the FBI to complete the name check, and for USCIS to receive the completed name check result for the Plaintiff, the parties hereby respectfully ask this

Stipulation to Extend Dates
C07-3925 JF                                                     1

1. Court to extend the dates in the Court's scheduling order as follows:

2. Last day to file/serve Joint Case Management Statement:  December 28, 2007

3. Case Management Conference:  January 4, 2008 at 10:30 a.m.

Dated: November 30, 2007               Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

                                       _____/s/_____
                                       ILA C. DEISS
                                       Assistant United States Attorney
                                       Attorneys for Defendants

Dated: November 30, 2007               _____/s/_____
                                       CAROLE M. MESROBIAN
                                       BERNADETTE W. CONNOLLY
                                       Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:                                 _____
                                       JEREMY FOGEL
                                       United States District Judge