*efiled 12/4/07

1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11
   HARSHA REDDY,                    )
12                                  )   No. C 07-3925 JF
                  Plaintiff,        )
13                                  )
            v.                      )   **SECOND STIPULATION TO EXTEND**
14                                  )   **DATES; and [PROPOSED] ORDER**
   ROBERT S. MULLER, III, Director, )
15 Federal Bureau of Investigation; )
   MICHAEL CHERTOFF, Department of  )
16 Homeland Security;               )
   FRANCIS D. SICILIANO, Field Office Director, )
17 U.S. Citizenship and Immigration Services; )
   ROSEMARY MELVILLE, District Field )
18 Director, U.S. Citizenship and Immigration )
   Services,                        )
19                                  )
                  Defendants.       )
20                                  )

21      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

22 of record, hereby stipulate, subject to the approval of the Court, to the following:

23      1. The Plaintiff filed an application for naturalization with the United States Citizenship and

24 Immigration (USCIS) on February 27, 2006.

25      2. The Defendants requested the USCIS to expedite Plaintiff's name check.

26      3. The FBI has not yet completed Plaintiff's name check.

27      4. In order to allow sufficient time for the FBI to complete the name check, and for USCIS to

28 receive the completed name check result for the Plaintiff, the parties hereby respectfully ask this

Stipulation to Extend Dates
C07-3925 JF                                 1

1 | Court to extend the dates in the Court's scheduling order as follows:

2 |     Last day to file/serve Joint Case Management Statement:    December 28, 2007

3 |     Case Management Conference:    January 4, 2008 at 10:30 a.m.

Dated: November 30, 2007    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Dated: November 30, 2007

/s/
CAROLE M. MESROBIAN
BERNADETTE W. CONNOLLY
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 12/4/07

JEREMY FOGEL
United States District Judge

Stipulation to Extend Dates
C07-3925 JF    2