**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| HARSHA REDDY, | NO. CV-07-3925-JF/HRL |
| Plaintiff, | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A MAGISTRATE JUDGE |
| vs. | |
| ROBERT MUELLER III, | |
| Defendant. | |

The Clerk of this Court will now reassign this case to Magistrate Judge Howard R. Lloyd pursuant to the Joint Case Management Conference Statement filed on 12/28/07 wherein the parties stipulated to have the case reassigned to a Magistrate Judge for all purposes.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter will be set before Magistrate Judge Lloyd. The Case Management Conference set before Judge Jeremy Fogel is vacated.

Dated: January 3, 2008

RICHARD W. WIEKING,
Clerk of Court

Diana Munz
Diana Munz
Deputy Clerk