United States District Court
For the Northern District of California

*E-filed 1/10/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HARSHA REDDY,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT S. MUELLER III, Director, Federal Bureau of Investigation; et al.<br><br>    Defendants.<br>_____/ | Case No. C07-03925 HRL<br><br>**CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE BEFORE MAGISTRATE JUDGE LLOYD** |

PLEASE TAKE NOTICE THAT the pursuant to the reassignment of this case to Magistrate Judge Howard R. Lloyd, a Case Management Conference is hereby set for **January 29, 2008 at 1:30 p.m** in Courtroom 2, 5th Floor of United States District Court, San Jose. The parties' shall file an updated joint case management conference statement no later than **January 22, 2008**.

Dated:    1/10/08                                         /s/  KRO
                                                    Chambers of Magistrate Judge Howard R. Lloyd

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

Bernadette Willeke Connolly bwconnolly@aol.com

Ila Casy Deiss ila.deiss@usdoj.gov, tiffani.chiu@usdoj.gov

Carole M Mesrobian cmesrobian@mesrolaw.com

Dated: 1/10/08

/s/ KRO
Chambers of Magistrate Judge Howard R. Lloyd

2