CAROLE M. MESROBIAN SBN 178379
Attorney at Law
1550 The Alameda, Suite 207
San Jose, CA 95126
Tel: (408) 920-0416
Fax: (408) 993-0748

BERNADETTE W. CONNOLLY SBN 194633
Attorney at Law
1671 The Alameda, Suite 200
San Jose, CA 95126

Tel: (408) 287-0383
Fax: (408) 287-4260

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| Harsha Reddy )<br>)<br>Plaintiff )<br>)<br>-vs- )<br>)<br>Robert S. Mueller, III, Director, Federal Bureau of )<br>Investigation, Michael Chertoff, Secretary of )<br>Department of Homeland Security, and Francis D. )<br>Siciliano, Field Office Director, U.S. Citizenship and )<br>Immigration Services, Rosemary Melville, District )<br>Director U.S. Citizenship and Immigration Services )<br>)<br>Defendants. )<br>)<br>)<br>) | Case No. 07-3925 HRL<br><br>PLAINTIFF'S OPPOSITION TO DEFANDANT'S MOTION TO REMAND<br><br>USCIS No. A36-083-731<br><br>Date: March 11, 2008<br>Time: 10:00 a.m. |

Plaintiff, by and through his attorneys states as follows:

1. There is no objection that the case be remanded to Defendant USCIS ("CIS") at this time, however, the Court must concurrently direct Defendant FBI ("FBI") to complete its name check in order for USCIS to complete its adjudication of the case;

2. Otherwise, to remand to CIS without instructions to the FBI is fruitless as CIS cannot complete its adjudication without a completed name check as pointed out so clearly in Defendant's Motion;

-1-

-2-

3. That the name check request was initiated with the FBI on March 4, 2006 and since that time the FBI has issued no communication or indication it has:

    a. placed Plaintiff's case on top of the "queue"
    b. begun the name check process or
    c. determined Plaintiff's case involved "complex or highly sensitive issues warranting such a lengthy delay;

4. That while Plaintiff recognizes the necessity of the name check process, that the FBI be held to completing its process within a reasonable amount of time;

5. That the Court exercise its authority under 8 USC §1447(b) in remanding and directing both the FBIS and CIS to act expeditiously.

WHEREFORE, Plaintiff prays:

    a. A time frame of 60 days be imposed upon the FBI to complete its name check;

    b. A time frame of 30 days be imposed upon CIS to complete its adjudication of the case following the completion of the FBI name check and

    c. For such other and further relief as this Court may deem proper.

Dated this 12th day of February 2008.

/s/
_____
CAROLE M. MSEROBIAN

/s/
_____
BERNADETTE W. CONNOLLY

Attorneys for Plaintiff