CAROLE M. MESROBIAN SBN 178379
Attorney At Law
1550 The Alameda, Suite 207
San Jose, California 95126
(408) 920-0416
Fax: (408) 993-0748

BERNADETTE W. CONNOLLY SBN 194633
Attorney At Law
1671 The Alameda, Suite 303
San Jose, CA 95126
(408) 287-0383

Attorneys for Plaintiff
Harsha REDDY

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| Harsha REDDY, | Case No. 07-3925 HRL |
| Plaintiff | |
| ROBERT S. MUELLER III, Director<br>  Federal Bureau of Investigation<br>MICHAEL CHERTOFF, Secretary<br>  Department of Homeland Security<br>FRANCIS D. SICILIANO, Field Office<br>  Director, U.S. Citizenship & Immigration<br>  Services<br>ROSEMARY MELVILLE, District Field<br>  Director, U.S. Citizenship & Immigration<br>  Services, | STIPULATION TO EXTEND HEARING<br>DATE AND PROPOSED ORDER<br><br>Date: March 11, 2008<br>Time: 10:00 a.m. |
| Defendants | |

    Plaintiff, by and through his attorneys, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1.  That the Hearing on Motion(s) currently set for March 11, 2008 be reset for either March 18, 2008 or April 1, 2008 at 10:00 a.m.  Both, Ms. Connolly and Ms. Mesrobian, have a conflict on that day and time because of previously scheduled hearings at the Immigration Court in San Francisco, California.

Dated: February 15, 2008                                   Respectfully submitted,

                                                                                          /s/
                                                                         _____
                                                                         CAROLE M. MESROBIAN

                                                                                          /s/
                                                                         _____
                                                                         BERNADETTE W. CONNOLLY
                                                                         Attorneys for the Plaintiff

                                                                         JOSEPH P. RUSSONIELLO
                                                                         United States Attorney

                                                                                          /s/
                                                                         _____
                                                                         ILA C. DEISS
                                                                         Attorneys for the Defendants

**ORDER**

The Court hereby orders that the hearing on March 11, 2008, be vacated and the case be reset to _____, 2008 at _____. The parties are ordered to comply with this order.

Dated:                                                                   _____
                                                                         HOWARD R. LLOYD
                                                                         United States Magistrate Judge