1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11
   HARSHA REDDY,                          )
12                                        )   No. C 07-3925 HRL
                  Plaintiff,              )
13                                        )
          v.                              )   **PARTIES' CONSENT TO MAGISTRATE**
14                                        )   **JUDGE JURISDICTION**
   ROBERT S. MULLER, III, Director,       )
15 Federal Bureau of Investigation;       )
   MICHAEL CHERTOFF, Department of        )
16 Homeland Security;                     )
   FRANCIS D. SICILIANO, Field Office Director, )
17 U.S. Citizenship and Immigration Services; )
   ROSEMARY MELVILLE, District Field      )
18 Director, U.S. Citizenship and  Immigration )
   Services,                              )
19                                        )
                  Defendants.             )
20 _____)

21      In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff and

22 Defendant in this case hereby voluntarily consent to have a United States Magistrate Judge

23 conduct any and all further proceedings in the case, including trial, and order the entry of a final

24 judgment.

25 ///

26 ///

27 ///

28

Consent to Magistrate Jurisdiction
C07-3925 HRL                                   1

| | |
|---|---|
| 1  Dated: March 4, 2008 | Respectfully submitted, |
| 2 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 4 | _____/s/_____<br>ILA C. DEISS[1] |
| 5 | Assistant United States Attorney<br>Attorneys for Defendants |
| 7<br>8  Dated: March 4, 2008 | _____/s/_____<br>CAROLE M. MESROBIAN<br>BERNADETTE W. CONNOLLY |
| 9 | Attorneys for Plaintiff |

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Consent to Magistrate Jurisdiction
C07-3925 HRL                        2