JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HARSHA REDDY, | ) |
|        Plaintiff, | ) No. C 07-3925 HRL |
|     v. | ) |
| ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation; MICHAEL CHERTOFF, Department of Homeland Security; FRANCIS D. SICILIANO, Field Office Director, U.S. Citizenship and Immigration Services; ROSEMARY MELVILLE, District Field Director, U.S. Citizenship and Immigration Services, | ) AFFIDAVIT OF ILA C. DEISS |
|        Defendants. | ) |

I, Ila C. Deiss, declare as follows:

1. On March 7, 2008, the Court's issued an Order requiring the defendants to adjudicate Plaintiff's application for naturalization by June 4, 2008, and file an affidavit with the Court demonstrating compliance.

2. Attached at Exhibit A is a true and correct copy of Plaintiff's approval notice dated April 18, 2008.

3. Plaintiff is scheduled for an oath ceremony on May 9, 2008.

///

Affidavit of Ila C. Deiss
C07-3925 HRL                       1

1 | I declare under penalty of perjury that the foregoing is true and correct and that this declaration
2 | was executed under the laws of the United States on this 6th day of May 2008, in San
3 | Francisco, California.

```
                                        /s/
                              ILA C. DEISS
                              Assistant United States Attorney
                              Attorneys for Defendants
```

Affidavit of Ila C. Deiss
C07-3925 HRL                                    2