EXHIBIT A

| Department of Homeland Security | Form N-445, Notice of Naturalization Oath Ceremony | OMB No. 1615-0054; Expires 06/30/07 |
|---|---|---|
| U.S. Citizenship and Immigration Services | | |

A# A036083731    WSC*001461505

Date April 18, 2008

REPRESENTATIVE COPY

HARSHA REDDY
c/o CAROLE M MESROBIAN
ATTY AT LAW
1550 THE ALAMEDA STE 207
SAN JOSE CA  95126

You are hereby notified to appear for a Naturalization Oath Ceremony on:

Friday, May 9 2008

at:
US CITIZENSHIP AND IMMIGRATION SERVICES
1887 MONTEREY HIGHWAY
SAN JOSE, CA 95112
OATH CEREMONY, GATE: 1

Please report promptly at _____10:30 AM_____

You must bring the following with you:
- [ ] This letter, WITH ALL THE QUESTIONS ON PAGE 2 ANSWERED.   TYPE OR PRINT ANSWERS IN BLACK INK.
- [X] Permanent Resident Card.
- [ ] Reentry Permit or Refugee Travel Document.
- [X] Any Immigration documents you may have.
- [X] If the naturalization application is on behalf of your child (children), bring your child (children).
- [X] Other.

Proper attire should be worn.

If you cannot come to this ceremony, return this notice immediately and state why you cannot appear. In such case, you will be sent another notice of ceremony at a later date. You must appear at an oath ceremony to complete the naturalization process.