*E-filed 5/12/08*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HARSHA REDDY, | Case No. C07-03925 HRL |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| ROBERT S. MUELLER III, Director, Federal Bureau of Investigation; et al. | Re: Docket Nos. 22, 23 |
| Defendants. | |

Plaintiff Harsha Reddy sued to compel the processing of his naturalization application. On March 7, 2008, this court decided defendants' Motion to Remand. [Docket No. 22]. That order compelled defendants to adjudicate plaintiff's application by June 4, 2008 and to file an affidavit demonstrating compliance. On May 5, defendants filed an affidavit in accordance with that order. [Docket No. 23].

Therefore, the case is dismissed and the clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 5/12/08

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

3  Bernadette Willeke Connolly bwconnolly@aol.com

4  Ila Casy Deiss ila.deiss@usdoj.gov, tiffani.chiu@usdoj.gov

5  Carole M Mesrobian cmesrobian@mesrolaw.com

8  Dated: 5/12/08

                      /s/ KRO
                Chambers of Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California